# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 20, 2022

Lyle W. Cayce
Clerk

No. 21-50388
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JEFFERY JEROME WASHINGTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:14-CR-337-1

Before KING, COSTA, and HO, *Circuit Judges.*

PER CURIAM:*

Jeffery Jerome Washington, federal prisoner # 51817-380, appeals the
denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.
We review for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d
691, 693 (5th Cir. 2020).

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-50388

The district court concluded that the 18 U.S.C. § 3553(a) factors did not warrant relief; specifically, the court cited the nature of Washington's offense of conviction, his history and characteristics (including his extensive criminal history and record of recidivism), and the need for the sentence to reflect the seriousness of his offense, promote respect for the law, provide just punishment, adequately deter criminal conduct, and protect the public from his further crimes. *See* § 3553(a)(1), (2)(A)-(C). Although Washington disagrees with the district court's weighing of the § 3553(a) factors, his disagreement is not a sufficient ground for reversal. *See Chambliss*, 948 F.3d at 694. Because the district court's assessment of the § 3553(a) factors supports the denial of Washington's motion, we do not reach his argument that the court erred in finding that he did not establish his extraordinary and compelling reasons for compassionate release. *See id.* at 693-94.

AFFIRMED.